[No. 9163–8–I.  Division One.  September 21, 1981.]

THE CITY OF BOTHELL, ET AL, *Respondents,* v. THE
DEPARTMENT OF ECOLOGY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 79–2–02465–1, William C. Goodloe, J., entered
July 17, 1980. *Reversed* and *remanded* by unpublished
opinion per Andersen, J., concurred in by James, C.J., and
Williams, J.

[No. 8563–8–I.  Division One.  July 6, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. KELLY
DEAN MURPHY, *Defendant,* JOHN JEFF
TEAFORD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–01691–4, Arthur E. Piehler, J., entered
February 15, 1980. *Affirmed* by unpublished opinion per
James, C.J., concurred in by Callow and Andersen, JJ.

[No. 8999–4–I.  Division One.  September 28, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
J. LAWRENCE, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 10556, Jack S. Kurtz, J., entered
June 18, 1980. *Affirmed* by unpublished opinion per Swan-
son, J., concurred in by Williams and Andersen, JJ.